BERNARD A. GUNN, Appellant, Respondent, v. W. BERNARD VAUSE, Appellant, Impleaded with EDWARD R. TOLFREE, Respondent.— Judgment and order so far as appealed from affirmed, with costs to the defendant, respondent, against the plaintiff, and with costs to the plaintiff against the defendant, appellant.

* Affd., 265 N. Y. —.

No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PATERRA and Others, Appellants.* — Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.